UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NICOLE K. WOODS,

               Plaintiff,

  -against-

COMPUTER HORIZONS CORPORATION,

               Defendant.
----------------------------------------------------------------X

JUDGMENT
05-CV-3195 (FB)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAR 21 2008 ★
P.M.
TIME A.M.

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 20, 2008, granting Computer Horizons Corporation's motion for summary judgment; dismissing plaintiff's claim of race discrimination with prejudice; and dismissing plaintiff's claim of disability discrimination without prejudice to refiling in state court; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that Computer Horizons Corporation's motion for summary judgment is granted; that plaintiff's claim of race discrimination is dismissed with prejudice; and that plaintiff's claim of disability discrimination is dismissed without prejudice to refiling in state court.

Dated: Brooklyn, New York
       March 20, 2008
       21

ROBERT C. HEINEMANN
Clerk of Court

By Jerry Vaughn
Chief Deputy